Michele R. Stafford, Esq. (SBN 172509)
Erica J. Russell, Esq. (SBN 274494)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
Telephone: (415) 882-7900
Facsimile: (415) 882-9287
mstafford@sjlawcorp.com
erussell@sjlawcorp.com

Attorneys for Plaintiffs

Paul V. Simpson, Esq.
SIMPSON, GARRITY, INNES & JACUZZI PC
601 Gateway Blvd., Suite 950
South San Francisco, CA 94080
Telephone: (650) 615-4860
Facsimile: (650) 615-4861
psimpson@sgijlaw.com

Attorneys for Defendants

## UNITED STATES DISTRICT COURT

### FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSELL E. BURNS, et al., | Case No.: C14-2121 WHO |
| Plaintiffs, | **STIPULATION FOR DISMISSAL WITHOUT PREJUDICE, SUBJECT TO THE COURT RETAINING JURISDICTION OF THE ACTION TO ENFORCE SETTLEMENT AGREEMENT; and ORDER THEREON** |
| v. | |
| GEO GROUT, INC., a California Corporation; KENNETH ARTHUR THOLIN, an Individual, | |
| Defendants. | |

TO THE HONORABLE JUDGE WILLIAM H. ORRICK, UNITED STATES DISTRICT COURT JUDGE, NORTHERN DISTRICT OF CALIFORNIA:

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiffs Russell E. Burns, et al. ("Plaintiffs"), and Defendants Geo Grout, Inc., a California Corporation, and Kenneth Arthur Tholin, an individual (collectively "Defendants"), as follows:

/ / /

1.     A full and final settlement of the above-titled action has been entered and agreed to by all parties. Therefore, the parties request that this action be dismissed <u>without</u> prejudice, subject to the Court retaining jurisdiction of the action to enforce the settlement agreement.

2.     The parties have reached an informal resolution regarding amounts due to Plaintiffs by Defendants. Plaintiffs have agreed to allow Defendants to pay the amount due to Plaintiffs by September 30, 2014, as follows:

    (a)     Defendants' first payment must be received by Plaintiffs by July 31, 2014;

    (b)     Defendants' second payment must be received by Plaintiffs by August 31, 2014; and

    (c)     Defendants' final payment of the remaining balance due must be received by Plaintiffs by September 30, 2014.

3.     The parties' settlement is contingent upon this Court agreeing to reserve and retain jurisdiction of this action to enforce the terms of the parties' settlement.

Dated: July 24, 2014            **SIMPSON, GARRITY, INNES & JACUZZI PC**

By: _____/S/_____
Paul V. Simpson
Attorneys for Defendants

Dated: July 24, 2014            **SALTZMAN AND JOHNSON LAW CORPORATION**

By: _____/S/_____
Erica J. Russell
Attorneys for Plaintiffs

IT IS SO ORDERED.

    Pursuant to the Stipulation between the parties, the above-titled case shall be dismissed without prejudice while the Court reserves and retains jurisdiction of this action and the parties to enforce the term of the parties' settlement.

Dated: ___July 30___, 2014     _____

UNITED STATES DISTRICT COURT JUDGE